UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, <br><br>Plaintiffs <br><br>vs. <br><br>A.C. ELECTRICAL SYSTEMS, INC., <br>Defendant <br><br>and <br><br>SOVEREIGN BANK, <br>Trustee | C.A. No. 04-11970 DPW |

## AFFIDAVIT OF RUSSELL SHEEHAN

1.  My name is Russell Sheehan. I am the Administrator of the Electrical Workers Employee Benefit Funds, Local 103, I.B.E.W.

2.  A.C. Electrical Systems, Inc. ("A.C. Electrical") is signatory to a collective bargaining agreement ("Agreement") with Local 103, I.B.E.W. which binds it to the Trust Funds

of each of the Plaintiff Funds. The Agreement obligates A.C. Electrical to contribute to the Funds for every hour worked by its covered employees. Payments must be made by the 15th of the month, following the month in which the work is performed. Pursuant to the terms of the Agreement, A.C. Electrical is also obligated to submit, with the fringe benefit contributions, the dues that it has deducted from its employees' wages. These payments must be submitted with payroll reports, listing the names of the covered employees, the hours worked and the amounts paid.

3. The Agreement also obligates A.C. Electrical to submit to payroll audits upon reasonable request.

4. A.C. Electrical has failed to submit payroll reports to the Funds for work performed since February, 2004 or to forward the dues that it has deducted from its employees' wages. Until the Funds audit A.C. Electrical's records, we cannot ascertain the full extent of the Company's liability.

5. Letters were sent by our attorneys to A.C. Electrical, notifying it of its liability. Our attorneys have also written A.C. Electrical seeking an audit and payment of the outstanding liability and have received no response to date.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___ DAY OF DECEMBER, 2004.

_____
Russell Sheehan

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on __12/14/04__
_____

GAG/gag&ts
ARS 3013 02-386/affsheehan2.doc

2