UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,

    Plaintiffs

vs.

A.C. ELECTRICAL SYSTEMS, INC.,
    Defendant

and

SOVEREIGN BANK,
    Trustee

C.A. No. 04-11970 DPW

## LOCAL RULE 7.1(A)(2) CERTIFICATION FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Counsel hereby certifies, in accordance with Rule 7.1(A)(2), that prior to filing Plaintiffs' Motion for Preliminary Injunction in this matter he spoke with Defendant's counsel Dante J. Giammarco, Esquire, Visconti & Boren Ltd., 55 Dorrance Street, Providence, Rhode Island.

Attorney Giammarco informed Plaintiffs' counsel that his office had been unsuccessful in its efforts to locate and/or communicate with Defendant upon having been served with the Complaint in this matter.

                                                Respectfully submitted,

                                                RUSSELL F. SHEEHAN, as he is
ADMINISTRATOR, ELECTRICAL
WORKERS' HEALTH AND WELFARE
FUND, LOCAL 103, I.B.E.W., et al,

                                                By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  January 3, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Local Rule 7.1(A)(2) Certification has been served by first class mail upon the defendant's counsel Dante J. Giammarco, at Visconti and Boren Ltd., 55 Dorrance Street, Providence, RI 02903 this 3rd day of January, 2005.

                                                /s/ Gregory A. Geiman
                                                Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 02-386/rule7.1.doc