UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br><br>        Plaintiffs<br><br>vs.<br><br>A.C. ELECTRICAL SYSTEMS, INC.,<br>        Defendant<br><br>and<br><br>SOVEREIGN BANK,<br>        Trustee | C.A. No. 04-11970 DPW |

**VERIFIED REQUEST TO ENTER DEFAULT**

      Plaintiffs Russell F. Sheehan, as he is Administrator, Electrical Workers' Health and Welfare Fund, Local 103, I.B.E.W., et al, request the Clerk to enter the default of A.C. Electrical Systems, Inc. (hereinafter "A.C."). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

1) This action was filed on September 9, 2004.

2) Complaint was served upon defendant's counsel as registered agent for defendant A.C. on November 1, 2004.

3) A.C. has never filed an Answer or a responsive pleading to the Complaint.

WHEREFORE, plaintiffs seek the entry of Default in this matter.

Respectfully submitted,

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W., et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  March 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Verified Request to Enter Default has been served upon the Defendant at its last-known address, 127 Gallatin Street, Providence, RI  02907, by first class mail this 11th day of March, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 02-386/verreqdf.doc

2