**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Russell F. Sheehan as he is Administrator, Electrical Workers' Health and Welfare Fund; Electrical Workers' Pension Fund; Electrical Workers' Supplementary Health and Welfare Fund; Electrical Workers' Deferred Income Fund; Electrical Workers' Joint Apprenticeship and Training Fund Anthony J. Salamone As he is Administrator, National Electrical Benefit Fund Local 103, International Brotherhood of Electrical Workers<br>    Plaintiffs,<br><br>v.<br><br>A.C. Electrician Systems, Inc.<br>    Defendants. | CIVIL ACTION<br>NO. 04-11970-DPW |

**NOTICE OF DEFAULT**

Upon application of the Plaintiff for an Order of Default for failure of the Defendant, **A.C. Electricial Systems**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant **A.C. Electricial Systems** have been defaulted this **14th day of March 2005**.

                            Sarah A. Thornton
                            Clerk

                    by:   _/s/ Richard Nici_____
                            Deputy Clerk