UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, <br><br> Plaintiffs <br><br> vs. <br><br> A.C. ELECTRICAL SYSTEMS, INC., <br>         Defendant <br><br> and <br><br> SOVEREIGN BANK, <br>         Trustee | C.A. No. 04-11970 DPW |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT
AGAINST A.C. ELECTRICAL SYSTEMS, INC.**

Now come the Plaintiffs (hereinafter, the "Funds"), and request the Clerk, pursuant to

Rule 55(b)(l), Fed.R.Civ.P., to enter default judgment in favor of the Funds and against

Defendant A.C. Electrical Systems, Inc. (hereinafter "A.C."), holding A.C. liable for all unpaid

contributions owed to the Funds, together with interest, statutory liquidated damages, and reasonable attorneys' fees and costs as follows:

| | | |
|---|---|---|
| A. | Principal owed to the Funds through March, 2004, including underpayments | $6,013.67 |
| B. | Prejudgment interest on unpaid contributions, as mandated by 29 U.S.C. § 1132(g)(2)(B), if all unpaid contributions were paid by the end of April, 2005 | $1,172.67 |
| C. | Liquidated damages as mandated by 29 U.S.C. §1132(g)(2)(C)(i) | $431.84 |
| D. | Attorneys' Fees as mandated by §1132(g)(2)(D) | $2,921.00 |
| E. | Costs | $368.06 |
| | TOTAL | $10,907.24 |

As grounds therefore, Plaintiffs state that default has been entered against Defendant for failure to answer or otherwise defend as to the Complaint of the Plaintiffs. Plaintiffs' claim is for a sum certain. Finally, Defendant is neither an infant nor an incompetent person.

WHEREFORE, Plaintiffs respectfully request that default judgment be entered against A.C. Electrical Systems, Inc.

    Respectfully submitted,

    RUSSELL F. SHEEHAN, as he is
    ADMINISTRATOR, ELECTRICAL
    WORKERS' HEALTH AND WELFARE
    FUND, LOCAL 103, et al,

    By their attorneys,

    /s/ Gregory A. Geiman
    Anne R. Sills, Esquire
    BBO #546576
    Gregory A. Geiman, Esquire
    BBO #655207
    Segal, Roitman & Coleman

                 11 Beacon Street
                 Suite #500
                 Boston, MA  02108
                 (617) 742-0208

Dated:  May 11, 2005

GAG/gag&ts
ARS 3013 02-386/motdefjd.doc