UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, | C.A. No. 04-11970 DPW |
| Plaintiffs | |
| vs. | |
| A.C. ELECTRICAL SYSTEMS, INC., Defendant | |
| and | |
| SOVEREIGN BANK, Trustee | |

**DEFAULT JUDGMENT**

Defendant A.C. Electrical Systems, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendant owes Plaintiffs the sum of $6,013.67 in unpaid benefit funds

contributions and dues; $1,172.67 in interest on the unpaid contributions; an additional $431.84 in liquidated damages; and $3,289.06 in attorneys' fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant A.C. Electrical Systems, Inc. the principal amount of $6,013.67; prejudgment interest of $1,172.67; liquidated damages of $431.84; and attorneys' fees and costs of $3,289.06, for a total judgment of $10,907.24, with interest as provided by law, which interest rate is effective this date is _____ percent.

_____
The Honorable Douglas P. Woodlock
United States District Court

Dated: _____

GAG/gag&ts
ARS 3013 02-386/defltjdg.doc