# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, | |
| Plaintiffs | C.A. No. 04-11970 DPW |
| vs. | |
| A.C. ELECTRICAL SYSTEMS, INC., Defendant | |
| and | |
| SOVEREIGN BANK, Trustee | |

## AFFIDAVIT OF RUSSELL SHEEHAN AS TO MILITARY SERVICE, INFANCY AND INCOMPETENCE

1. My name is Russell Sheehan. I am the Administrator of the Electrical Workers Employee Benefit Funds, Local 103, I.B.E.W.

2. I make this affidavit pursuant to the provisions of the Soldiers' and Sailors'

Civil Relief Act.

3. I have caused careful investigation to be made to ascertain whether A.C. Electrical Systems, Inc., the above-named defendant, is within the military service of the United States, and have concluded on the basis of such investigation that it is not.

4. I have also caused careful investigation to be made to ascertain whether A.C. Electrical Systems, Inc. is an infant or incompetent person, and have concluded on the basis of such investigation that it is not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29th DAY OF APRIL, 2005.

_____
Russell Sheehan

GAG/gag&cs
ARS 3013 02-386/affsheehan4.doc

2