UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, | C.A. No. 04-11970 DPW |
| Plaintiffs | |
| vs. | |
| A.C. ELECTRICAL SYSTEMS, INC., Defendant | |
| and | |
| SOVEREIGN BANK, Trustee | |

## AFFIDAVIT OF ANNE R. SILLS

1.  My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2.  This firm has been involved in efforts to collect contributions owed the Electrical Workers' Employee Benefit Funds, Local 103, I.B.E.W. by A.C. Electrical Systems, Inc. since on

or about October 1, 2002. Since that date, we have incurred legal fees of $2,921.00 and costs of $368.06.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 11th DAY OF MAY, 2005.

_____
Anne R. Sills, Esquire