## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR,
ELECTRICAL WORKERS' HEALTH AND
WELFARE FUND, LOCAL 103, I.B.E.W.;
ELECTRICAL WORKERS' PENSION FUND,
LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS'
SUPPLEMENTARY HEALTH AND WELFARE
FUND, LOCAL 103, I.B.E.W.; ELECTRICAL
WORKERS' DEFERRED INCOME FUND,
LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS'
JOINT APPRENTICESHIP AND TRAINING
FUND, LOCAL 103, I.B.E.W.; ELECTRICAL
WORKERS' EDUCATIONAL AND CULTURAL
FUND; ANTHONY J. SALAMONE, as he is
ADMINISTRATOR, NATIONAL ELECTRICAL
BENEFIT FUND; and LOCAL 103, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS,

Plaintiffs

vs.

A.C. ELECTRICAL SYSTEMS, INC.,
              Defendant

and

SOVEREIGN BANK,
              Trustee

C.A. No. 04-11970 DPW

## DEFAULT JUDGMENT

Defendant A.C. Electrical Systems, Inc., having failed to plead or otherwise defend in

this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law

demonstrating that Defendant owes Plaintiffs the sum of $6,013.67 in unpaid benefit funds

contributions and dues; $1,172.67 in interest on the unpaid contributions; an additional $431.84 in liquidated damages; and $3,289.06 in attorneys' fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant A.C. Electrical Systems, Inc. the principal amount of $6,013.67; prejudgment interest of $1,172.67; liquidated damages of $431.84; and attorneys' fees and costs of $3,289.06, for a total judgment of $10,907.24, with interest as provided by law, which interest rate is effective this date is 3.30 percent.

The Honorable Douglas P. Woodlock
United States District Court

Dated: June 10, 2005

GAG/gag&ts
ARS 3013 02-386/defltjdg.doc

2